UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>                              Plaintiff,<br><br>-against-<br><br>LENOX HILL RADIOLOGY; JOHN DOE RECEPTIONIST; JOHN DOE; JANE DOE LENOXHILLRADIOLOGY @CONTACT.RADNET.COM,<br><br>                              Defendants. | 24cv4959 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 21, 2024, order, this action is dismissed. The Court has dismissed this action for the reasons set forth in the order.  The Court also certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).SO ORDERED.

Dated:   October 25, 2024
             New York, New York

                                                         /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge